OSCN Found Document:Revocation of Credentials of Certified and Registered Courtroom Interpreters

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 Revocation of Credentials of Certified and Registered Courtroom Interpreters
2025 OK 31
Decided: 05/12/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 31, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

ORDER

This Court previously suspended the credentials of several Certified and Registered Courtroom Interpreters for failure to comply with the continuing education requirements for calendar year 2024 and/or with the annual credential renewal requirements for 2025. See 2025 OK 18 (SCAD 2025-14, dated March 10, 2025).

Under the applicable rules, a suspended certificate which has not been reinstated on or before April 15 shall be administratively revoked on that date. 20 O.S., Chapter 23, App. II, Rules 18(f) and 20(g). The Oklahoma Board of Examiners of Certified Courtroom Interpreters has advised that the interpreters listed in attached Exhibit A have not reinstated their credential as required by the rules, and the Board has recommended to this Court the revocation of the credential of each of these interpreters.

This Court hereby approves the Board's recommendation of revocation of each of the Courtroom Interpreters named below, and pursuant to the applicable rules such revocation shall be effective May 12, 2025.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 12th day of MAY, 2025.

/S/ CHIEF JUSTICE

ALL JUSTICES CONCUR.

 

 

Exhibit A

 
 
 
 Name
 
 Reason
 
 
 Cynthia Armas
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 Zonia Armstrong
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 Eduardo Caballero
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 Juan Escobar
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 Stephanie Faasch
 2024 Continuing Education and Form, 2025 Renewal Fees and Form
 
 
 Erica Garcia
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 Ashlynn Kindschy
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 Craig Klein
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 Maria Martinez
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 Maria Rodriguez
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 
 Aric Soule
 2024 Continuing Education and Form; 2025 Renewal Fees and Form
 
 

 

 
 
 
 
 
 
 
 
 
 The Oklahoma Supreme Court
 2100 N. Lincoln Blvd., Suite 1
 Oklahoma City, OK 73105